# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

November 27, 2017

Chambers of the Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:    **Debtor: Khan MD Nur Hossain, aka Nur Hossain**
        **Bankruptcy Case No.: 17-44770-ess**
        **Chapter: 13**

Dear Judge Stong:

This loss mitigation status letter is submitted on behalf of Federal National Mortgage Association ("Fannie Mae"), a creditor of the above referenced Debtor.

To date, the parties have had initial contact and Debtor has been provided with a loss mitigation financial package. At this time, our client is awaiting the completed package from Debtor's counsel in order to proceed with the loss mitigation review.

                          Very truly yours,

                          Andrew Goldberg, Esq
                          Rosicki, Rosicki and Associates, P.C.

cc:    *Narissa A Joseph, Esq.*
       *Marianne DeRosa, Esq.*