# ROSICKI, ROSICKI & ASSOCIATES, P.C.
## ATTORNEYS AT LAW
### Main Office 51 E Bethpage Road
### Plainview, NY 11803
### Telephone: (516) 741-2585
### Facsimile: (516) 873-7243

January 19, 2018

Chambers of the Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **Debtor: Khan MD Nur Hossain, aka Nur Hossain**
**Bankruptcy Case No.: 17-44770-ess**
**Chapter: 13**

Dear Judge Stong:

This loss mitigation status letter is submitted on behalf of Federal National Mortgage Association ("Fannie Mae"), a creditor of the above referenced Debtor.

Our office received certain documents from Debtor's counsel in connection with Debtor's request for her loan do be reviewed for a loan modification. Our client has reviewed same and has advised the following item is still needed in order to continue its modification review:

- Signed and dated Profit & Loss statement

Our office requested same from Debtor's counsel and we anticipate receiving same shortly.

Should your Honor have any question, please feel free to contact me. Thank you.

Very truly yours,

Andrew Goldberg, Esq.
Rosicki, Rosicki and Associates, P.C.

cc:  Narissa A Joseph, Esq.
     Marianne DeRosa, Esq.