# *ROSICKI, ROSICKI & ASSOCIATES, P.C.*
*ATTORNEYS AT LAW*
*Main Office 51 E Bethpage Road*
*Plainview, NY 11803*
*Telephone: (516) 741-2585*
*Facsimile: (516) 873-7243*

February 16, 2018

Chambers of the Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**Re:   Debtor: Khan MD Nur Hossain, aka Nur Hossain**
**Bankruptcy Case No.: 17-44770-ess**
**Chapter: 13**

Dear Judge Stong:

This loss mitigation status letter is submitted on behalf of Federal National Mortgage Association ("Fannie Mae"), a creditor of the above referenced Debtor.

By way of follow up to our January 19, 2018 status letter, the following document remains outstanding:

- Signed and dated Profit & Loss statement

Should your Honor have any question, please feel free to contact me. Thank you.

Very truly yours,

Andrew Goldberg, Esq
Rosicki, Rosicki and Associates, P.C.

cc:   *Narissa A Joseph , Esq.*
      *Marianne DeRosa, Esq.*