**LAW OFFICE OF**

# NARISSA A. JOSEPH

**305 BROADWAY, SUITE 1001**

**NEW YORK, NY 10007**

\_\_\_\_

**TEL: 212-233-3060. FAX (646) 607-3335**

\_\_\_\_

Email:njosephlaw@aol.com . www.njosephpc.com

Admitted in NY & NJ

February 20, 2018

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

       Re: Khan MD Nur Hossain—Chapter 13 Case No: 17-44770-ess

       Status Report

Dear Judge Stong:

  Please allow this letter to serve as a written status report, submitted on behalf of the debtor, Khan MD Nur Hossain, who was out of the country because of a family emergency.

  Our office submitted the requested missing profit and loss statement on February 20, 2018.

  Debtor is requesting an extension of the loss mitigation and adjournment of the hearing the status conference.

  Thank you in anticipation for your tim and attention hereto.

             Sincerely,
             /s/ Narissa A. Joseph
             Narissa A. Joseph