# ROSICKI, ROSICKI & ASSOCIATES, P.C.
*ATTORNEYS AT LAW*
*Main Office 51 E Bethpage Road*
*Plainview, NY 11803*
*Telephone: (516) 741-2585*
*Facsimile: (516) 873-7243*

April 4, 2018

Chambers of the Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:  Debtor: Khan MD Nur Hossain, aka Nur Hossain
     Bankruptcy Case No.: 17-44770-ess
     Chapter: 13

Dear Judge Stong:

The loss mitigation status letter is submitted on behalf of Federal National Mortgage Association ("Fannie Mae"), a creditor of the above referenced Debtor.

Our office received certain documents from Debtor's counsel in connection with Debtor's request for his loan to be reviewed for a loan modification. Our client has reviewed same and has advised the following items are still needed in order to continue its modification review:

1. Profit & Loss (C1) - Need most recent completed quarterly (90 days) P & L for Sivler & Gold 22 First Real Estate signed and dated.

2. SSI/SSD Award Letter (C2) - Need SSI Award Letter for the $351.00 amount as stated on UBAF

Our office requested same from Debtor's counsel and we anticipate receiving same shortly.

Should your Honor have any question, please feel free to contact me. Thank you.

Very truly yours,

*[signature]*

Lisa B. Singer, Esq
Rosicki, Rosicki and Associates, P.C.

cc:  *Narissa A Joseph, Esq.*
     *Marianne DeRosa, Esq.*