

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

May 9, 2018

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:              Seterus, Inc. vs. Khan MD Nur Hossain  AKA Nur Hossain, et al.
Property:         14137 Grand Central Parkway, Jamaica, NY 11435
Lender/Servicer:  Seterus, Inc.
Case No.         17-44770-ess
Loan No.         …8342

Dear Hon. Elizabeth S. Stong,

     Please allow this letter to serve as a written status report, submitted on behalf of Seterus, Inc. (the "Servicer") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

     This office has recently been retained by Seterus, Inc. (the "Servicer") to represent them in the loss mitigation effort for the above referenced loan. The Servicer has issued the attached Denial Letter dated May 1, 2018, and the same has been forwarded to the Debtor's counsel.

     If there are any questions, please feel free to contact me directly at 716-253-6200.

                                       Very truly yours,
                                       Gross Polowy, LLC as counsel to the Servicer


                                     By:     /s/:  Deborah Turofsky, Esq.


cc. ECF and Email

Narissa A. Joseph, Esq           Debtor Attorney
Email: njosephphlaw@aol.com