

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

July 23, 2018

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Khan MD Nur Hossain  AKA Nur Hossain
Case No.    17-44770-ess
Loan No.    ...8342

Dear Hon. Elizabeth S. Stong,

    Please allow this letter to serve as a written status report, submitted on behalf of Seterus, Inc. (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

    Per the last hearing, Debtor's counsel advised that they do not have grounds to appeal the denial. The loss mitigation conference was struck off the calendar.

    If there are any questions, please feel free to contact me directly at 716-253-6200.

Very truly yours,

By:    /s/:  Deborah Turofsky, Esq.

cc.    ECF and Email
       Narissa A Joseph, Esq.